```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PROSHARES TRUST, *ET AL.*,           :     09 Civ. 6386 (SHS)

                Plaintiffs,           :

    -against-                            :     ORDER

STEVEN and SHERRI SCHNALL,            :

                Defendants.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, the return date set by plaintiffs in their "Motion for a Stay of Arbitration," with counsel for plaintiffs present and no appearance on behalf of defendants, and on the representation of plaintiffs' counsel that all parties have agreed to the following schedule,

      IT IS HEREBY ORDERED that:

      1.    Plaintiffs' reply to its motion and in opposition to defendants' cross motion to compel arbitration is due on or before August 7, 2009; and

      2.    Defendants' reply to their cross motion is due on or before August 12, 2009.

Dated: New York, New York
       August 4, 2009

                                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.